**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EMPERY TAX EFFICIENT, LP,

Plaintiff,

- against -

MUSCLEPHARM CORPORATION, WHITE WINSTON SELECT ASSET FUNDS, LLC, WHITE WINSTON SELECT ASSET FUND SERIES MP-18, LLC, and RYAN DREXLER,

Defendants.

Case No.: 1:23-cv-00074-VM

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** that, pursuant to FRCP 41(a)(l)(A)(i), Plaintiff Empery Tax Efficient, LP, by and through its attorneys, Schulte Roth & Zabel LLP, hereby dismisses the above-captioned action as to Defendant MusclePharm Corporation only without prejudice to refiling same.

Dated: New York, New York
January 11, 2023

SCHULTE ROTH & ZABEL LLP

*/s/ Gayle R. Klein*

Gayle R. Klein
Andrew D. Gladstein
Hannah M. Thibideau

919 Third Avenue
New York, NY 10022
Telephone: 212.756.2000
E-mail: Gayle.Klein@srz.com
Andrew.Gladstein@srz.com
Hannah.Thibideau@srz.com

*Attorneys for Plaintiff Empery Tax Efficient, LP*