USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMPERY TAX EFFICIENT, LP,

                Plaintiff,

- against -

MUSCLEPHARM CORPORATION, WHITE WINSTON SELECT ASSET FUNDS, LLC, WHITE WINSTON SELECT ASSET FUND SERIES MP-18, LLC, and RYAN DREXLER,

                Defendants.

23 Civ. 74 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On January 24, 2023, plaintiff Empery Tax Efficient, LP ("Plaintiff") filed a letter requesting an adjournment of the hearing on Plaintiff's contempt motion. (See Dkt. No. 31.) That same day, defendants White Winston Select Asset Funds, LLC and White Winston Select Asset Fund Series MP-18, LLC and defendant Ryan Drexler filed letters opposing Plaintiff's request for an adjournment. (See Dkt. Nos. 32, 33.) Having reviewed the parties' letters, the Court hereby adjourns the hearing on Plaintiff's contempt motion, currently scheduled for January 26, 2023, until February 17, 2023 at 10:00 a.m.

**SO ORDERED.**

Dated:    25 January 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.